BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
MANJARI CHAWLA Bar No. 218556
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>        Plaintiffs,<br><br>    v.<br><br>STEPHEN SCOTT SLAUSON, Individually and doing business as TRIPLE S ELECTRIC, CO.,<br><br>        Defendant. | No.    CV 09-5941 JCS<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

The parties have reached a settlement in this case and have requested that the Court dismiss the matter without prejudice.

The Court hereby ORDERS that this case be DISMISSED WITHOUT PREJUDICE.

Dated: __May 24, 2010_____

_____
JOSEPH C. SPERO
MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT

*Judge Joseph C. Spero*

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

**[PROPOSED] ORDER RE STIPULATION
FOR DISMISSAL WITHOUT PREJUDICE – Case No. CV 09-5941 JCS**

# PROOF OF SERVICE

I am a citizen of the United States, and a resident of the State of California. I am over the age of eighteen years, and not a party to the within action. My business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On May 24, 2010, I served upon the following parties in this action:

>Steven Scott Slauson
>2426 Otis Drive
>Alameda, CA   94501

copies of the document(s) described as:

**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

**[X]   BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]   BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

I certify that the above is true and correct. Executed at Alameda, California, on May 24, 2010.

>       //s//  *KAREN SCOTT*
>Karen Scott

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

**[PROPOSED] ORDER RE STIPULATION
FOR DISMISSAL WITHOUT PREJUDICE – Case No.  CV 09-5941 JCS**